IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 8:09CV302 |
| | ) | |
| David Cheyney, | ) | |
|     Defendant(s), | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| Pioneer Trail Energy Llc, | ) | |
|     Garnishee. | ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Pioneer Trail Energy LLC, the garnishee (filing 6), and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Pioneer Trail Energy LLC, whose address is 7874 South 140th Rd, Woodriver, NE 68883.

DATED this 13th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
RICHARD G. KOPF
JUDGE, U. S. DISTRICT COURT