IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:09CV302 |
| | ) | |
| David Cheyney, | ) | |
| Defendant(s), | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Overhead Door Corp., | ) | |
| Garnishee. | ) | |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on Filing 15, the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Overhead Door Corp., the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Overhead Door Corp., whose address is PO Box 6007, Omaha, NE 68106.

DATED this 28th day of January, 2011.

BY THE COURT:


*Richard G. Kopf*
RICHARD G. KOPF
JUDGE, U. S. DISTRICT COURT